Circuit Court for Baltimore City
Case No. 24-C-16-005801
Argued: July 27, 2017

IN THE COURT OF APPEALS

OF MARYLAND

No. 98

September Term, 2016

JANE AND JOHN DOE et al.

v.

ALTERNATIVE MEDICINE MARYLAND,
LLC et al.

Barbera, C.J.
Greene
McDonald
Watts
Hotten
Getty,
Wilner, Alan M. (Senior Judge,
(Specially Assigned)

JJ.

PER CURIAM ORDER

Filed: July 28, 2017

**JANE AND JOHN DOE, et al.**     *     **IN THE**

          *     **COURT OF APPEALS**

          *     **OF MARYLAND**

**v.**           *     **No. 98**
                            **September Term, 2016**

**ALTERNATIVE MEDICINE**     *
**MARYLAND, LLC, et al.**

          *

*    *    *    *    *    *    *    *    *    *    *    *    *

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this <u>28th</u> day of <u>July</u>, 2017

ORDERED, by the Court of Appeals of Maryland, that the orders of the Circuit Court for Baltimore City denying intervention to Holistic Industries, LLC, Curio Cultivation, LLC, ForwardGro, LLC, SunMed Growers, LLC, Doctor's Orders Maryland, LLC, Green Leaf Medical, LLC, Kind Therapeutics, USA, LLC, and Temescal Wellness of MD, LLC ("Growers") be, and they are hereby reversed, and the case is remanded to that Court with instruction to grant intervention as of right with respect to the aforementioned Growers, pursuant to Maryland Rules 2-211 and 2-214(a) and Section 3-405(a)(1) of the Courts and Judicial Proceedings Article; and it is further

ORDERED, that the orders of the Circuit Court for Baltimore City denying intervention to Jane and John Doe ("Patients") be, and they are hereby affirmed; and it is further

ORDERED, that the orders of the Circuit Court for Baltimore City denying intervention to the Coalition for Patient Medicinal Access, LLC and Maryland Wholesale Medical Cannabis Trade Association be, and they are hereby affirmed; and it is further

ORDERED, that this case is remanded to the Circuit Court for Baltimore City for further proceedings including determination of the issue of laches raised in this appeal, this Court having determined that it will not address that issue in this appeal; and it is further

ORDERED, that the stay issued by this Court of June 2, 2017 be, and it is hereby lifted; and it is further

ORDERED, that the costs in this Court and in the Court of Special Appeals to be paid 50% by Alternative Medicine Maryland, LLC, 25% by Coalition for Patient Medicinal Access, LLC and 25% by Maryland Wholesale Medical Cannabis Trade Association. Mandate to be issued forthwith.

/s/ Mary Ellen Barbera

Chief Judge